788

THE PEOPLE *ex rel.* ROBERT COOK, Relator-Appellant, *v.* JOHN J. TWOMEY, Warden, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 59655;

First District (3rd Division)—August 1, 1974.

PER CURIAM.
MEJDA, J., took no part.

Paul Bradley and Howard B. Augustus, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Linda West Conley, Assistant State's Attorneys, of counsel), for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PAUL WRIGHT, a/k/a JAMES E. COUNCIL (Impleaded), Defendant-Appellant.

(No. 58971;

First District (2nd Division)—August 6, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Leonard V. Solomon, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Dennis J. O'Hara, Assistant State's Attorneys, of counsel), for the People.